IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    vs.                                                                           Case No. 3:99-CR-266-05 (DRD)

HECTOR CARABALLO-PAGAN
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION FOR EARLY TERMINATION

TO THE HONORABLE DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully submits as follows:

      1. That a supervision status report and early termination stance are hereby presented pursuant to 18 U.S.C. §3583(e)(1).

      2. That Mr. Caraballo-Pagán was sentenced on December 20, 2000, to serve a seventy (70) month imprisonment term having pled guilty to violating Title 21 U.S.C., Section 841(a)(1), and 846. This sentence to be followed by a four (4) year supervised release term. On September 26, 2003, Mr. Caraballo-Pagán was released from the custody of the Bureau of Prisons to begin the imposed term of supervised release.

      3. That the offender was released directly to the District of Puerto Rico, where he has remained throughout his term of supervision.

      4. That he has complied with all of the imposed special conditions and has satisfied his

financial obligation.

     5.  That he has maintained stable employment at the Ponce Cash and Carry Center for the last twenty-nine (29) months.

     6.  That he has maintained the same residence with his common law wife, step children and twin sons for the past eighteen (18) months.

     7.  That there is no identifiable risk to the safety of any identifiable victim or to the public in general.

     8.  That at no time has the offender been suspected of dubious behavior as confirmed by police record checks.

     9.  That the offender has had an acceptable adjustment while on supervision.

     10.  That the offender's common law wife, step children and twin sons will be relocating to Florida in April 2007, in order to pursue a better life for the family.

     11.  That the offender's step son-in-law, in Tampa, Florida, will be able to accommodate the offender with employment, in a restaurant where he is the chef.

     12.  That the offender is scheduled to terminate his federal supervision on September 25, 2007.

     13.  That the offender would not be able to be processed for relocation to Florida due to the short time he has left on supervised release.

     14.  That removing the offender from the high risk area where he currently resides in order to maintain a family unity, in Florida, and the offender's total compliance and good conduct, during his term of supervised release, warrants early termination.

**WHEREFORE,** after having considered all presented facts in this case, it is requested that the Court entertain early termination.

In San Juan, Puerto Rico, this   16th day of March   2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/Malissa Aponte
U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón, Rm 400
San Juan PR  00918-1741
787-294-1648
787-766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Antonio Bazán, Assistant U.S. Attorney and Gustavo del Toro, Esquire.

S/Malissa Aponte
U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón, Rm 400
San Juan PR  00918-1741
787-294-1648
787-766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov
