## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

**vs.**                                                   **Case No. 3:99-CR-266-05 (DRD)**

**HECTOR CARABALLO-PAGAN**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION IN RESPONSE TO COURT ORDER DATED MARCH 19, 2007

**TO THE HONORABLE DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

**COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully submits that on March 16, 2007, the U.S. Probation Office filed a motion requesting early termination for Mr. Caraballo-Pagán. On March 19, 2007, the Court requested that the United States Attorney's Office respond as to their position regarding the requested early termination.

Carmen D. Colón-Meléndez, the Assistant United States Attorney of record, is no longer with the United States Attorney's Office. As such, Assistant United States Attorney Warren Vázquez, now representing, contacted this officer pertaining to the request for early termination. On March 23, 2007, we met and discussed the matter. Assistant United States Attorney Warren Vázquez concurs with the U.S. Probation Office's request for early termination and asked this writer

to represent his position to the Court.

　　　　**WHEREFORE,** I declare under the penalty of perjury that the foregoing is true and correct.

As such, it is respectfully requested  that the  Court grant Mr. Caraballo-Pagán early termination

from his supervised release term.

　　　　In San Juan, Puerto Rico, this  23rd  day of March  2007.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　EUSTAQUIO BABILONIA, CHIEF
　　　　　　　　　　　　　　　　　　　　　U.S. PROBATION OFFICER


　　　　　　　　　　　　　　　　　　　　　S/Malissa Aponte
　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　Federal Office Building
　　　　　　　　　　　　　　　　　　　　　150 Ave Carlos Chardón, Rm 400
　　　　　　　　　　　　　　　　　　　　　San Juan PR  00918-1741
　　　　　　　　　　　　　　　　　　　　　787-294-1648
　　　　　　　　　　　　　　　　　　　　　787-766-5945 (Fax)
　　　　　　　　　　　　　　　　　　　　　Malissa_Aponte@prp.uscourts.gov

CERTIFICATE OF SERVICE


I HEREBY CERTIFY that on this date, I electronically filed the foregoing motion with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Warren Vázquez, Assistant U.S. Attorney and Gustavo del Toro, Esquire.


<u>S/Malissa Aponte</u>
U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón, Rm 400
San Juan PR  00918-1741
787-294-1648
787-766-5945 (Fax)
Malissa_Aponte@prp.uscourts.gov